## File Hashes for IP Address 96.255.13.73

**ISP:** Verizon Online, LLC
**Physical Location:** Herndon, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/27/2015 01:22:36 | 40D4415045026269516O8C7F0AD37BCD712AC87B | Only Lorena |
| 01/25/2015 21:24:58 | 715B78352597171002BB84984D8D2EB350F0BF81 | Forever You Part #2 |
| 01/25/2015 21:19:49 | F36D00E7C64DF6C8A669F408ABCE76FE439DD1FC | Spanish Heat |
| 01/25/2015 20:58:36 | F11FAFD02A3B309A2EA2A9B2C805D5B5D8F782F0 | Barely Fits |
| 01/24/2015 13:20:30 | AEF9C4F636828971CB5B384BB331A51F2A8199B0 | Fashion Fantasy |
| 01/24/2015 13:13:35 | 24F71D7670C038B1160526A498B0332A98A21F6F | Fashion Models Are Bisexual |
| 01/23/2015 01:20:30 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 11/27/2014 13:52:41 | C0B193093F20C427BC9A3FDE6136381BE1A87B9E | Rock Me Baby |
| 10/26/2014 14:20:01 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 09/09/2014 22:31:47 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 09/01/2014 10:38:03 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 07/13/2014 01:42:04 | 585C455FEE409AC995BF627E164A30341264E3FA | Epic Love |
| 07/03/2014 00:02:10 | 5A6906D1E0E14EEB305A1E6D2A8CB7EB3D164403 | Give Me More |
| 07/02/2014 23:41:38 | BB284832DA311406D9C957B9C9E49DA6023B783F | Give Me More Part 2 |
| 03/12/2014 23:16:42 | 2E6BD2E759CDE5E91A90C90442EA66B0CFE65E7F | California Dreams |
| 03/09/2014 02:39:38 | E17978BE45331BF49BAEB91EE1DE25F3969E72F0 | A Gift from Colette |
| 01/10/2014 00:39:25 | CF820B76D95FD9F8CDBB946583DAB62328C9C8D3 | In for the Night |
| 01/04/2014 21:17:16 | 5164978A92B85A0E02BB83908988321A30590905 | And Then There Was You |
| 12/14/2013 02:31:55 | 20E1C42ACF285EBDA69FAA614A45EB89A01B506B | Triple Threat |
| 12/10/2013 01:15:24 | D03B4E4412A865AB180473E3265D1480C35AE4FE | Undress Me |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

EVA225