Copyrights-In-Suit for IP Address 96.255.13.73

**ISP:** Verizon Online, LLC
**Location:** Herndon, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Only Lorena | PA0001847654 | 06/02/2013 | 06/18/2013 | 01/27/2015 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 01/25/2015 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 01/25/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 01/25/2015 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 01/24/2015 |
| Fashion Models Are Bisexual | PA0001926085 | 12/16/2014 | 12/29/2014 | 01/24/2015 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 01/23/2015 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 11/27/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 10/26/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 09/09/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/01/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 07/13/2014 |
| Give Me More | PA0001904311 | 06/17/2014 | 06/24/2014 | 07/03/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/02/2014 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 03/12/2014 |
| A Gift from Colette | PA0001872969 | 12/07/2013 | 12/11/2013 | 03/09/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/10/2014 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 01/04/2014 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 12/14/2013 |
| Undress Me | PA0001869238 | 11/15/2013 | 11/21/2013 | 12/10/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 20**

EXHIBIT B

EVA225